## SECOND DEPARTMENT, APRIL, 1977

### (April 25, 1977)*

■ In the Matter of MURRAY GROSS, an Attorney and Counselor at Law, Admitted under the Name MURRAY S. GROSS, Respondent. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.—Motion by the petitioner to strike respondent's name from the roll of attorneys and counselors at law on the ground that by his conviction in the Supreme Court, New York County on November 19, 1976 after a nonjury trial of five counts of conspiracy, second degree, attempted grand larceny, first degree, by extortion (two counts), attempted grand larceny, second degree, by extortion (two counts), and sentenced on March 8, 1977, he is automatically disbarred by virtue thereof. Cross motion by respondent for leave to resign from the Bar rather than to be disbarred, denied. Motion granted; respondent who was admitted to the Bar by this court on March 30, 1949 under the name Murray S. Gross is disbarred and his name ordered to be struck from the roll of attorneys and counselors at law. Gulotta, P. J., Hopkins, Martuscello and Latham, JJ., concur.

## SECOND DEPARTMENT, JULY, 1977

### (July 19, 1977)**

■ In the Matter of WILLIAM PAUL THOMPSON, an Attorney and Counselor at Law, Respondent. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.—Petition by the Joint Bar Association Grievance Committee for the Ninth Judicial District to strike the name of the respondent, an attorney, admitted to practice in this court on March 20, 1963, from the roll of attorneys on the ground that by his conviction in the County Court, Westchester County, after trial before a jury, of the crimes of grand larceny in the second degree (a class D felony) and issuing a bad check (a class B misdemeanor) and having been sentenced on June 16, 1977, he is automatically disbarred by virtue of the felony conviction. Petition granted; respondent William Paul Thompson is disbarred and his name ordered to be struck from the roll of attorneys and counselors at law, forthwith. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

---

* Not published with other decisions of April 25, 1977, 57 AD2d 601. [Rep.
** Not published with other decisions of July, 1977, 58 AD2d 799. [Rep.